```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION

UNITED STATES OF AMERICA      *
                              *
V                             *    CRIMINAL ACTION NUMBER
                              *    1:18-cr-00449-ELR-RGV
MANI CHULPAYEV,               *
                              *
     Defendant.               *
```

**MOTION TO SUPPRESS TANGIBLE AND DERIVATIVE EVIDENCE**
2916 Hidden Harbour Court, Fort Lauderdale, Florida
1944 Tigertail Boulevard, Dania, Florida

COMES NOW the Defendant, by and through undersigned counsel, moving the Court, pursuant to Rule 12(b)(3) of the Federal Rules of Criminal Procedure, to suppress tangible and derivative evidence obtained from the unlawful searches and seizures of a residence and business. As grounds for this motion, the following is asserted:

Mr. Chulpayev is charged with Conspiracy to Commit Bank and Mail Fraud in violation of Title 18, United States Code, Section 1349 and Money Laundering Conspiracy in violation of Title 18, United States Code, Section 1956(h).

On June 12, 2012, Melvin Vernell III was killed outside Northside Hospital in Sandy Springs, Fulton County, Georgia. Over the next several months, Mr. Chulpayev was identified as a possible co-conspirator.

In 2013, Mr. Chulpayev lived in South Florida. On April 10, 2013, Sandy Springs Police Department Investigator J.T. Williams traveled to Dania Beach, Broward County, Florida to meet with a Broward County homicide detective. Search warrants were drafted for Mr. Chulpayev's residence at 2916 Hidden Harbour Court, Fort Lauderdale, Broward County, Florida and his business located at 1944 Tigertail Boulevard, Dania, Broward County, Florida. The search warrants were signed by Circuit Court Judge Michael Orlando. (See attached Exhibit A). The applications and warrants specifically sought

> Any records and/or data for the business's of "Luxury Lineup" and "Regency Auto Sales & Leasing"
> pertaining to the rental and/or lease of vehicles or pertaining to monetary payments made to or from
> the business's to suspected codefendants and/or outside entities who were looking to obtain and/or did
> obtain tracking information on the clients of the business as well. Also, any records and/or data for or from GPS Tracker company iMetrik, 740 Notre Dame Street West, suite 1575, Montreal Quebec,
> Canada, H3C3X6 pertaining to the lease, contract, registration, and/or GPS tracking records for the following vehicle: white 2012 Audi A-7, VIN: WAUSGAFC1CN003893, GA Tag BZJ-7321.

On April 11, 2013, Sandy Springs Police Department Detective Davis obtained an arrest warrant for Mr. Chulpayev, charging him with conspiracy to commit murder.

On April 12, 2013, Mr. Chulpayev was arrested at his residence located at 2916 Hidden Harbour Court, Fort Lauderdale, Broward County, Florida 33312. Incident to his arrest, law enforcement

officers executed the search warrants and seized several items of evidence.

On April 12, 2013, law enforcement officers executed a search warrant at Mr. Chulpayev's place of business located at 1944 Tigertail Boulevard, Dania, Broward County, Florida. Several items of evidence were seized.

The probable cause to search the residence and business relied on statements later held inadmissible as having been induced by promises to protect the statement giver from going to jail. See State v. Chulpayev, 296 Ga. 764 (2015).

The statements were also involuntary under the totality of the circumstances. See United States v. Lall, 607 F.3d 1277, 1286 (11th Cir. 2010).

The seized items were transferred to the custody of the Superior Court of Fulton County, Georgia, Fulton County District Attorney's Office and Fulton County Police Department.

The prosecution has provided discovery materials which indicate that a search warrant was issued by a United States Magistrate Court judge in the Northern District of Georgia on June 17, 2015. This search warrant included also included involuntary statements under the totality of the circumstances. (See attached Exhibit B).

The Defendant contends that the evidence seized as described above should be suppressed as having been obtained without probable

cause to justify the searches and seizures. The searches and seizures were conducted in violation of the Defendant's rights as protected by the Fourth Amendment to the United States Constitution.

Insofar as standing is concerned, approximately one hour prior to the execution of the search warrant, Defendant was observed leaving the subject residence.  In addition, a lease agreement for the subject residence, dated March 25, 2010, identified the Defendant as a lessee. Lastly, Mr. Chulpayev was the owner of the business.

WHEREFORE, the Defendant requests that this Court issue an Order suppressing the tangible and the derivative evidence obtained as well as any mention thereof at trial on the grounds alleged herein and any other ground that may become apparent upon a hearing on this motion.

                                                Respectfully submitted,

                                                s/*Steven Berne*
                                                STEVEN P. BERNE
                                                ATTORNEY FOR DEFENDANT
                                                GEORGIA BAR NO. 055020

1441 Dunwoody Village Parkway
Suite 100
Atlanta, Georgia 30338
(404) 881-5335

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1C**

This is to certify that the foregoing document was formatted in accordance with Local Rule 5.1C in Courier New font, 12 point type.

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served upon counsels of record in this case a copy of the foregoing document via the Electronic Case Filing system of the United States District Court for the Northern District of Georgia.

This ___3____ day of ____May_____, 2021.

Respectfully submitted,

s/*Steven Berne*_____
STEVEN P. BERNE
ATTORNEY FOR DEFENDANT
GEORGIA BAR NO. 055020

1441 Dunwoody Village Parkway
Suite 100
Atlanta, Georgia 30338
(404) 881-5335
atlantalaw@bellsouth.net