EXHIBIT A

COPY

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT BROWARD COUNTY, FLORIDA

# SEARCH WARRANT

STATE OF FLORIDA

SS

COUNTY OF BROWARD

IN THE NAME OF THE STATE OF FLORIDA TO ALL AND SINGULAR THE SHERIFF AND, OR DEPUTY SHERIFF'S OF BROWARD COUNTY IN AND FOR BROWARD COUNTY, FLORIDA:

WHEREAS, *Detective JT Williams* as a Police Officer for the Sandy Springs Police Department, State of Georgia, and Co-affiant *Detective Walter Foster #11485* as a Deputy Sheriff for the Broward Sheriff's Office, County of Broward, State of Florida, has this day made application before me for a Search Warrant, said application being supported by the General Affidavit and Application for Search Warrant of *a residence* wherein it is alleged that the Affiants have reason to believe and does believe that *in the premises* described as:

**2916 Hidden Harbour Court, Fort Lauderdale, Broward County, Florida 33312 is a residence (hereafter referred to as "the residence"). The residence is located in the subdivision called The Oaks at Hidden Harbour. The entrance to the subdivision is located near the intersection of SW 30th Avenue and SW 45th Street, in Fort Lauderdale, Florida. The residence is an attached townhouse/ condominium style home. The residence is the last residence attached to the first structure encountered when entering the subdivision on Hidden Harbour Court. The residence is on the south side of Hidden Harbour Court, with the main (front) entrance of the residence facing north. The residence has two stories, with white exterior walls, and a red barrel tile roof. The residence is attached to other homes on the west side of the residence, and on the east side is a small walled courtyard. In the front of the residence is a two car driveway leading to a two car garage, with a light green garage door. Immediately to the east of the garage door is a small brown placard, attached to the exterior wall of the residence, with "2916" visible on the placard from the street. To the west of the garage door is a narrow stairway which leads to the main entrance of the residence, this door is also light green. There is a sliding glass door and a small balcony on the second floor above the garage door.**

THAT a felony has been committed, to wit: Murder in the First degree, contrary to F.S. 782.04-1a1.

PENGAD 800-631-6989 DEFENDANT'S EXHIBIT NO. 7 FOR IDENTIFICATION DATE: RPTR:

965

THAT the following grounds for issuance of a Search Warrant, as required by Florida State Statute 933, exist, to wit: a weapon, instrumentality, or means by which a felony has been committed, or evidence relevant to proving said felony has been committed, is contained therein.

THAT the following property may be found therein, to wit:

**Any records and/or data for the business's of "Luxury Lineup" and "Regency Auto Sales & Leasing" pertaining to the rental and/or lease of vehicles or pertaining to monetary payments made to or from the business's to suspected codefendants and/or outside entities who were looking to obtain and/or did obtain tracking information on the clients of the business as well. Also, any records and/or data for or from GPS Tracker company iMetrik, 740 Notre Dame Street West, suite 1575, Montreal Quebec, Canada, H3C3X6 pertaining to the lease, contract, registration, and/or GPS tracking records for the following vehicle: white 2012 Audi A-7, VIN: WAUSGAFC1CN003893, GA Tag BZJ-7321.**

**"Records" includes any and all papers, documents and electronic storage devices such as cell phones, jump drives, external hard drives and computers that may have the information and/or data listed contained therein.**

NOW THEREFORE, the facts upon which the belief of said Affiants is based as set out in said General Affidavit and Application for Search Warrant are hereby deemed sufficient to show probable cause for the issuance of a Search Warrant in accordance with the application of said Affiants.

THESE ARE THEREFORE, to command you, Detective JT Williams of the Sandy Springs Police Department and Co-Affiant Detective Walter Foster CCN# 11485 of the Broward Sheriff's Office and/or law enforcement officers of the County of Broward, State of Florida, the Sandy Springs Police Department and the Drug Enforcement Agency with proper and necessary assistance, to search the aforesaid described *premises* and to search those at the scene who shall be suspected of being connected with violation of the law as heretofore stated above, and furthermore seize any and all of the aforesaid property found by virtue of such Search Warrant and to bring the said property and, or person(s) arrested before me, the Magistrate, or some other court having jurisdiction of the offense.

YOU ARE directed to deliver a duplicate copy of this Search Warrant to *Mani Chulpayen* or in his bsence to some person in charge of, or living on the premises.

966

YOU ARE directed that if property be found and seized by virtue of this Search Warrant, you shall deliver to the above person a written inventory of the property taken and a receipt for same, and if no person is found in possession of the premises, you shall leave said duplicate copy and receipt on the premises.

YOU ARE further directed to make return of your actions and doings by virtue hereof to the undersigned, the Magistrate, or some other Court having jurisdiction of the offense within ten (10) days from the date hereof and to do and report concerning the same as the law further directs.

AUTHORITY is hereby granted to execute this Warrant in the Daytime/Nighttime or on Sunday.

GIVEN UNDER MY HAND AND SEAL THIS 10 day of April, A.D., 2013.

JUDGE OF THE CIRCUIT COURT
MICHAEL J. ORLANDO

COPY

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT
BROWARD COUNTY, FLORIDA

*GENERAL AFFIDAVIT AND APPLICATION FOR SEARCH WARRANT*

STATE OF FLORIDA

SS

COUNTY OF BROWARD

BEFORE THE UNDERSIGNED, The *Honorable* MICHAEL J. ORLANDO Judge, of the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, State of Florida, personally came Detective JT Williams of the Sandy Springs Police Department and Co-Affiant Detective Walter Foster CCN# 11485 of the Broward Sheriff's Office who after being first duly sworn deposes and says:

THAT he, Detective Walter Foster is a duly and lawfully appointed Deputy Sheriff for the Broward County Sheriff's Office, County of Broward, State of Florida, and has all the powers and duties of a law nforcement officer in and for the County of Broward, State of Florida.

THAT he has probable cause to believe, and does believe that *in the premises* described:

**2916 Hidden Harbour Court, Fort Lauderdale, Broward County, Florida 33312 is a residence (hereafter referred to as "the residence"). The residence is located in the subdivision called The Oaks at Hidden Harbour. The entrance to the subdivision is located near the intersection of SW 30th Avenue and SW 45th Street, in Fort Lauderdale, Florida. The residence is an attached townhouse/ condominium style home. The residence is the last residence attached to the first structure encountered when entering the subdivision on Hidden Harbour Court. The residence is on the south side of Hidden Harbour Court, with the main (front) entrance of the residence facing north. The residence has two stories, with white exterior walls, and a red barrel tile roof. The residence is attached to other homes on the west side of the residence, and on the east side is a small walled courtyard. In the front of the residence is a two car driveway leading to a two car garage, with a light green garage door. Immediately to the east of the garage door is a small brown placard, attached to the exterior wall of the residence, with "2916" visible on the placard from the street. To the west of the garage door is a narrow stairway which leads to the main entrance of the residence, this door is also light green. There is a sliding glass door and a small balcony on the second floor above the garage door.**

THAT a felony has been committed, to wit: Murder in the First degree, contrary to F.S. 782.04-1a1.

968

PAGE TWO
GENERAL AFFIDAVIT AND APPLICATION
FOR SEARCH WARRANT

THAT the following property may be found therein, to wit:

**Any records and/or data for the business's of "Luxury Lineup" and "Regency Auto Sales & Leasing" pertaining to the rental and/or lease of vehicles or pertaining to monetary payments made to or from the business's to suspected codefendants and/or outside entities who were looking to obtain and/or did obtain tracking information on the clients of the business as well. Also, any records and/or data for or from GPS Tracker company iMetrik, 740 Notre Dame Street West, suite 1575, Montreal Quebec, Canada, H3C3X6 pertaining to the lease, contract, registration, and/or GPS tracking records for the following vehicle: white 2012 Audi A-7, VIN: WAUSGAFC1CN003893, GA Tag BZJ-7321.**

**"Records" includes any and all papers, documents and electronic storage devices such as cell phones, jump drives, external hard drives and computers that may have the information and/or data listed contained therein.**

YOUR AFFIANT believes and has probable cause to believe that the aforesaid property may be found on, or in the described *premises* for the following reasons:

Your Affiant has been a duly sworn law enforcement officer for approximately 17 years in the State of Georgia. Your Affiant started with the Fulton County(GA) Police Department in 1996 as a uniformed Patrol Officer. In 2006, Your Affiant started with the Sandy Springs(GA) Police Department as a Detective with the Crime suppression Unit. From 6/07 to 9/08, Affiant worked street level Drug Investigations and crime suppression details involving Theft/Burglary rings, Organized Crime, Robbery and Homicide Investigations.

In 9/08, your Affiant transferred to the Major Case Division and during this time, your Affiant has investigated and/or been associated with investigations pertaining to Property Crimes and Crimes Against Person, specifically, Homicide, Aggravated Assaults/Battery and Robbery.

On 6/7/12 at approximately 6:39 pm, the Sandy Springs(GA) Police Department(SSPD) responded to a person shot call at the Northside Hospital located at 1000 Johnson Ferry Rd., Sandy Springs, Fulton County, Georgia, 30342. Responding officers were advised that the shooting occurred in the North Parking Deck on the Hospital property. NOTE: The parking deck is a secured, controlled access deck and requires the operator of the vehicle to obtain a parking ticket before the security arm is raised to allow access.

Upon arrival, responded officer's observed medical personnel attending to a black male, later identified as Melvin Vernell III(herein referred to as the victim) on the ground, outside of a white 2012 Audi A-7, GA Tag BZJ-7321, VIN: WAUSGAFC1CN00389(herein referred to as the Audi). The Audi displayed multiple gunshot holes through the rear window along with large amounts of blood on the driver's side of the vehicle.

Your Affiant's investigation revealed that the victim was renting the Audi he was shot and killed in from Mani Chulpayen(herein referred to as Chulpayen).

On 10/24/12, your Affiant met with Chulpayen and was told by Chulpayen that there is a GPS tracking device installed within the vehicle. Chulpayen told your Affiant that he has GPS trackers installed in all of his rental vehicles so he knows where his cars are at all times in the event the lease defaults on its payments. Chulpayen confirmed for your Affiant that the victim was renting the Audi from his business, Regency Auto Sales & Leasing at the time of the Homicide. NOTE: The business was located at 3000 Stirling Road, Hollywood, Florida, 33021.

Also on 10/24/12, Chulpayen told your Affiant that one or two days before the Homicide( 6/5/12 or 6/6/12), a subject by the name of Decensae White(herein referred to as White) met with Chulpayen and asked Chulpayen to locate the Audi for White.

Chulpayen told your Affiant that he manually logged into the GPS tracking system and provided White with the coordinates of the Audi, which showed the Audi to be at 6050 Peachtree Industrial Boulevard, Norcross, Georgia 30360. The victim was subsequently shot and killed on 6/7/12.

Chulpayen told your Affiant that he is the only one authorized to log into the server and locate his vehicles via his GPS tracking system. Chulpayen also tells your Affiant that the "locate" has to be done manually and the program keeps a record of all log-ins when a "locate" is requested.

After the Homicide, Chulpayen moved his business to 1944 Tigertail Boulevard, Dania Beach, Florida, 33004. Chulpayen told your Affiant that he now operates his business under the name of Luxury Lineup.

On 2/27/13, Fulton County Superior Court Judge, Barry Zimmerman, signed a Superior Court search warrant for the Audi for evidence including any GPS tracking devices, the parking ticket obtained by the victim as he entered the parking deck and any papers that pertained to the rental agreement or vehicle registration. NOTE: Your Affiant learned from a Source of Information, that Chulpayen uses iMetrik tracking devices in his vehicles and that Chulpayen has at least two trackers in the vehicles.

On 2/28/13, at approximately 1:30 pm, SSPD Detectives went to the A TOW impound lot located at 11412 North Fulton Industrial Boulevard, Alpharetta, Georgia, 30004, to serve the search warrant on the Audi. The Audi was housed within a secured facility on A TOW property.

During the course of the search, Detectives located two iMetrik G.P.S. Tracking devices. One Tracker was located in the dashboard to the left of the steering wheel. The other Tracker was located behind the passenger side glove box. Both Trackers were hard wired into the vehicles power source. Also located was the parking ticket showing the entry time of entry into the parking deck along with a rental agreement. NOTE: The parking ticket showed an entry time of 3:41 pm on 6/7/12. The rental agreement was for the Audi between the Owner: Regency Leasing and User: Melvin Vernell III.

The GPS trackers were videotaped and photographed upon discovery and then again during their removal from the vehicle. Detectives were also able to confirm that both Trackers were iMetrik Trackers. Each tracker contained a separate serial number, serial numbers as follows: V1115000061 and V1121301129.

970

iMetrik is a Canadian based company located at 740 Notre Dame Street West, suite 1575, Montreal Quebec, Canada, H3C3X6.

Your Affiant took custody of the two trackers, the rental agreement and the parking ticket as evidence and transported the evidence to the Sandy Springs Police Department's evidence room.

On 3/5/13, SSPD Detectives contacted iMetrik asking for assistance with obtaining any information that is saved on the iMetrik server pertaining to these two devices. The iMetrik representative advised that on 6/7/12, Tracker V1121301129 was assigned to an Audi A7 and the Audi showed to be utilized by Mel Regency Jr.

The representative also advised Detectives that Tracker V1121301129 was accessed seven times on 6/6/12 and 14 times on 6/7/12, the day of the Homicide. The representative also advised that it looked as if the user of the account attempted to and/or did purge data from the server pertaining to this tracker.

On 3/14/13, Detectives with the assistance of the Drug Enforcement Administration (DEA) Ottawa, Canada office served iMetrik with a subpoena requesting the information pertaining to Tracker V1121301129.

On 3/24/13, Detectives received the following information from iMetrik pertaining to Tracker V1121301129: Chulpayen's email address, username and password were used to conduct the commands that were used to locate white Audi on 6/6/12 and 6/7/12. The history of the "commands to track" the Audi begins on 5/19/12 through 6/11/12.

On 4/5/13, Agents from DEA Miami HIDTA 42 and DEA Atlanta HIDTA Group 3 initiated surveillance at 2916 Hidden Harbour Court, Broward County, Fort Lauderdale, Florida, 33312. This address is listed on the subscriber information for Chulpayen's AT&T cellphone.

At approximately 8:45 am, Agents observed Chulpayen leaving the location driving a blue 2010 Rolls Royce, FL Tag SAK39. Registered Owner: Birch Capital Inc., 888 E. Las Olas Blvd., Fort Lauderdale, Florida.

At approximately 9:34 am, Agents observed Chulpayen arriving at Luxury Lineup located at 1944 Tigertail Boulevard, Broward County, Dania Beach Florida, 33004. Chulpayen was observed entering the business carrying an attaché case.

Continued cellsite analysis of Chulpayen's phone shows that Chulpayen constantly utilizes the cell tower in the area of the residence and the business.

On 4/12/13, this case is going to be presented to the Fulton County Grand Jury with the anticipation that Mani Chulpayen along with four other co-defendants are going to be directly indicted for Murder, Aggravated Assault, Gang Violations and firearm charges.

PAGE FIVE
GENERAL AFFIDAVIT AND APPLICATION
FOR SEARCH WARRANT

Your Affiant is respectfully requesting that a search warrant be granted for the listed location as it will greatly assist in this murder investigation by showing the link between the victim's Audi being tracked by Chulpayen through the GPS trackers from iMetrik, and that tracking information, once obtained by Chulpayen, being passed on to White and the co-defendants who then were able to locate the victim and murder him.

WHEREFORE, YOUR AFFIANTS hereby make application for a Search Warrant authorizing the Sheriff and/or Deputy Sheriff's of Broward County, State of Florida, with proper and necessary assistance, to search the aforesaid described *premises* in the daytime/nighttime, or on Sunday, to search those on the scene who shall be suspected of being connected with violation of the law as heretofore stated above, and to seize any and all of the aforesaid property found by virtue of such Search Warrant and to bring the said property and/or person (s) arrested before me, the Magistrate, or some other court having jurisdiction of the offense.

AFFIANT (Detective JT Williams)
Sandy Springs Police Department (Georgia)

CO-AFFIANT (Detective Walter Foster)
Broward County Sheriff's Office

**SWORN TO AND SUBSCRIBED** before me
at Fort Lauderdale, Broward County, Florida,
this 10 day of April A.D. 2013.

JUDGE OF THE CIRCUIT COURT
MICHAEL J. ORLANDO

972

FCDA243