**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**1:18-cr-00449-ELR-RGV**
**USA v. Chulpayev et al**
**Honorable Russell G. Vineyard**

Minute Sheet for proceedings held In Open Court on 05/04/2021.

| | |
|---|---|
| TIME COURT COMMENCED: 9:30 A.M. | |
| TIME COURT CONCLUDED: 10:10 A.M. | TAPE NUMBER: FTR |
| TIME IN COURT: 00:40 | DEPUTY CLERK: Amanda Zarkowsky |
| OFFICE LOCATION: Atlanta | |

| | |
|---|---|
| DEFENDANT(S): | [1]Mani Chulpayev NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Steven Berne representing Mani Chulpayev |
| | Garrett Bradford representing USA |
| | Irina Dutcher representing USA |
| PROCEEDING CATEGORY: | Pretrial Conference |
| PRETRIAL CONFERENCE INFO: | Rule 404(b)(PTO ¶IV.C.-Defendant) Will be provided consistent with the Court's standing order. |
| | Expert Witness-Government. Government will provide expert summaries at least 10 days before trial. |
| MINUTE TEXT: | Pretrial conference conducted via telephone. Defendant shall have until 7/6/2021 to perfect his motions to suppress, [Docs. 121, 122, 123, 124, 125, and 126], and to file additional pretrial motions based on the recently produced discovery. |
| EXCLUDABLE DELAY: | The defendant shall have until 7/6/2021 to file any additional motions. This extension is necessary for effective preparation. The delay occasioned by this extension shall be considered a period of excludable delay pursuant to 18 U.S.C.§3161(h)(7)(A) because the court found it needed to allow reasonable time for preparation and also found that the ends of justice served thereby outweigh the interests of the public and the defendant in a speedy trial. |