IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MANI CHULPAYEV,<br>    Defendant. | No.: 1:18-CR-00449-ELR-RGV |

## ORDER

The Motion to Withdraw as Attorney of Record filed by Attorney Nicole Westmoreland, as to Defendant Mani Chulpayev, is hereby **GRANTED**.

SO ORDERED, this  28th  day of  August , 2023.

_Eleanor L. Ross_
JUDGE, U.S. DISTRICT COURT